# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 9 WAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Court of |
| | : Common Pleas of Allegheny County |
| | : entered February 11, 2014 at No. |
| v. | : CP-02-CR-0012694-2012. |
| | : |
| | : |
| | : |
| PARIS WILSON, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 29th day of September, 2015, the Order of the Court of Common Pleas is **AFFIRMED**.